PROB 12B
(7/93)

Report Date: July 15, 2011

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 18 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Raymond Alexander Jones          Case Number: 2:07CR00013-001

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 02/13/2008          Type of Supervision: Supervised Release

Original Offense: Felon in Possession of Firearm and Ammunition, 18 U.S.C. § 922(g) and 924          Date Supervision Commenced: 07/18/2011

Original Sentence: Prison - 67 Months;
TSR - 36 Months          Date Supervision Expires: 07/17/2014

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

19     You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Mr. Jones is scheduled to release from custody on July 18, 2011. A relocation request to the Western District of Washington was submitted as this is where Mr. Jones' family resides. The U.S. Probation Office for the Western District of Washington accepted Mr. Jones' relocation request but asked that he be placed in a residential reentry center to establish employment and a personal residence.

Mr. Jones is in agreement with the above request and has signed the attached waiver of hearing after being advised of his right to a hearing before Your Honor and advice of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     July 15, 2011
_____
s/Samuel Najera
_____
Samuel Najera
U.S. Probation Officer

Prob 12B
Re: Jones, Raymond Alexander
July 15, 2011
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

July 18, 2011
Date