PROB 12C
(7/93)

Report Date: October 5, 2011

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 06 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raymond Alexander Jones          Case Number: 2:07CR00013-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 02/13/2008

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm and Ammunition, 18 U.S.C. § 922(g) | |
| Original Sentence: | Prison - 67 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office: TBD | Date Supervision Commenced: 07/18/2011 |
| Defense Attorney: | Robert R. Fischer | Date Supervision Expires: 07/17/2014 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 19**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer. |

**Supporting Evidence:** Mr. Jones is considered in violation of his conditions of supervised release by failing to abide by the rules and requirements of the residential reentry center (RRC) and being unsuccessfully discharged, on or about, October 4, 2011.

On October 5, 2011, the undersigned officer was notified that Mr. Jones was being discharged from his RRC placement unsuccessfully due to his consistent failure to follow the rules of the program and being argumentative with staff.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
Re: Jones, Raymond Alexander
October 5, 2011
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/05/2011

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

Oct 6, 2011
Date