PROB 12C
(7/93)

## United States District Court

### for the

### Eastern District of Washington

Report Date: October 28, 2011

U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 28 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raymond Alexander Jones   Case Number: 2:07CR00013-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 2/13/2008

Original Offense: Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g) and 924

Original Sentence: Prison - 67 Months;   Type of Supervision: Supervised Release
TSR - 36 Months

Asst. U.S. Attorney: Matthew F. Duggan   Date Supervision Commenced: 7/18/2011

Defense Attorney: Robert R. Fischer   Date Supervision Expires: 7/17/2014

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/5/2011, and to issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**    **Nature of Noncompliance**

2    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

3    **Special Condition # 17**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Jones is considered in violation of his conditions of supervised release by committing a new state crime and consuming alcohol on or about October 22, 2011.

According to King County Sheriff's office report # 11-235132, on October 22, 2011, law enforcement was contact by an anonymous caller in reference to a domestic violence issue. The location of the call was Mr. Jones' ex-wife's apartment complex. Law enforcement contacted Mr. Jones' ex-wife (Angelittia Lopez) and she stated Mr. Jones had taken her vehicle without permission.

Prob12C
Re: Jones, Raymond Alexander
October 28, 2011
Page 2

Upon further questioning, it was stated that Mr. Jones and Ms. Lopez had been consuming alcohol earlier in the evening and began arguing. They returned to Ms. Lopez' apartment and continued arguing. Mr. Jones became angry and put a pillow over Ms. Lopez' face so she could not breathe. Ms. Lopez scratched Mr. Jones and he grabbed her by the neck with his hands. At some point, Ms. Lopez was able to get away from Mr. Jones and he took her keys to her car, wallet, and cell phone, and left the apartment in her vehicle.

Law enforcement was able to see red and purple marks on her neck that appeared to be caused by someone's fingers. Also visible was swelling around Ms. Lopez' left eye, however, she would not say if Mr. Jones struck her or not. Ms. Lopez did state she had been speaking with Mr. Jones for the past few weeks, but was unaware of an active no-contact order between the two of them.

Ms. Lopez declined medical aid and did not want law enforcement to take photos, a statement, or file a stolen vehicle report.

The case is currently under review for filing of formal charges, however, no warrant has been issued at this time by King County.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 28, 2011

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Other

Signature of Judicial Officer

10-28-2011
Date