PROB 12B
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 12 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Raymond Alexander Jones       Case Number: 2:07CR00013-001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 13, 2008       Type of Supervision: Supervised Release

Original Offense: Felon in Possession of Firearm and       Date Supervision Commenced: April 15, 2012
Ammunition, 18 U.S.C. §§ 922(g) and 924

Original Sentence: Prison - 67 Months;       Date Supervision Expires: November 14, 2014
                 TSR - 36 Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

20     You shall reside in a residential reentry center (RRC) for a period of up to 120 days.  You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

On February 13, 2008, Mr. Jones was sentenced in the Eastern District of Washington to 67 months incarceration and a 3-year term of supervised release.  He was released from custody on July 18, 2011.  The offender violated his terms of supervised release and his sentenced was revoked.  On December 1, 2011, Mr. Jones was sentenced to 5 months incarceration and a 31-month term of supervised release.  After his release, Mr. Jones' supervision was immediately transferred to the Western District of Washington.  The Eastern District of Washington has maintained jurisdiction of the case.

The undersigned officer was notified that Mr. Jones violated his conditions of supervised release by using controlled substances on November 18, 19 and 20, 2013.  It appears that Mr. Jones relapsed by using illegal drugs on multiple occasions throughout his term of supervised release.  The offender's supervising officer in the Western District of Washington is requesting that the Court modify his conditions to include placement at a residential reentry center (RRC) for up to 120 days.  Placement at the RRC will give Mr. Jones the stability and structure needed to address his treatment and housing needs.

Prob 12B
Re: Jones, Raymond Alexander
December 12, 2013
Page 2

Mr. Jones has signed the attached waiver of hearing after being advised of his right to a hearing and assistance of counsel.

Respectfully submitted,

by  s/Patrick J. Dennis

Patrick J Dennis
U.S. Probation Officer
Date: December 12, 2013

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

12/12/13

Date

PROB 49
(5/97)

# United States District Court

WESTERN District of Washington
Docket Number: 2:07CR00013

### Waiver of Hearing to Modify Conditions of Probation

I, Raymond A. Jones, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> The defendant shall reside in and satisfactorily participate in a residential reentry center program as a condition of supervision for up to 120 days or until discharged by the Program Manager with the approval of the U.S. Probation Officer. The defendant may be responsible for a 25% gross income subsistence fee. The subsistence fee may be waived at the discretion of the probation officer.

Witness: _____    Signed: _____
              U.S. Probation Officer                            Probationer

11-29-13
Date